AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Sandy J. Michael | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    9:09-CV-02565-RBH |
| Commissioner of the Social Security Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with
costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■    other: It is ordered and adjudged that the Court adopts the Report and Recommendation of Magistrate Judge
Marchant and affirms the decision of the Commissioner to deny benefits.

This action was *(check one)*:
❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:    September 16, 2011                          *CLERK OF COURT*

                                                          s/John P. Bryan, Jr.
                                                _____
                                                *Signature of Clerk or Deputy Clerk*